IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

UNITED STATES OF AMERICA

v.

HELENA ANGELICA LOZOYA

No. 2:26-CR-009-Z (01)
ECF

## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Revoke Supervised Release of Helena Angelica Lozoya, in support of which the United States shows as follows:

On May 18, 2022, Helena Angelica Lozoya, defendant, was sentenced by United States District Judge Margaret I. Strickland, to a term of incarceration of 48 months, to be followed by a term of supervised release of 5 years, with conditions, upon her conviction of Possession with Intent to Distribute 50 Grams and More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).   Lozoya began serving her current term of supervised release on October 31, 2025. On or about January 22, 2026, the case was reassigned to United States District Judge Matthew J. Kacsmaryk.

I.

Conditions of the Defendant's supervised release provide:

**Violation of Mandatory Condition No. 2:** The defendant shall not unlawfully possess a controlled substance.

**Helena Angelica Lozoya**
**Government's Motion to Revoke Supervised Release - Page 1**

**Violation of Mandatory Condition No. 3:** The defendant shall refrain from any unlawful use of a controlled substance and submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Violation of Special Condition:** The defendant shall participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). You may be required to pay all, or a portion, of the costs of the program.

**Violation of Special Condition:** The defendant shall participate in an inpatient substance abuse treatment program. Following completion of the inpatient program, you must participate in an outpatient substance abuse treatment program. You must follow the rules and regulations of both programs, and the probation officer will supervise your participation in both programs (provider, location, modality, duration, intensity, etc.). You may be required to pay all, or a portion, of the costs of these programs.

**Violation of Special Condition:** The defendant must submit to substance abuse testing to determine if you have used a prohibited substance. Testing shall not exceed more than 60 test(s) per year. Testing may include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance screening or testing. You must not attempt to obstruct or tamper with the substance abuse

testing methods. You may be required to pay all, or a portion of the costs of testing.

## II.

Defendant **Lozoya** violated these conditions in that:

1. On or about April 6, 2026, the defendant submitted a urine specimen to Dailey Recovery Services (DRS), which tested positive for methamphetamine.

2. On or about April 17, 2026, the defendant submitted a urine specimen to the U.S. Probation Office in Amarillo, Texas, which tested positive for methamphetamine.

3. On or about March 16, 2026, the defendant failed to appear for a urine collection at DRS.

## III.

The United States respectfully asks that this Honorable Court revoke the defendant's supervised release and order her to the custody of the Attorney General to serve a sentence as determined by the Court in accordance with the law.   Further, the United States request that the defendant be detained pending her final revocation hearing.

**Helena Angelica Lozoya**
**Government's Motion to Revoke Supervised Release - Page  3**

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ Anna Marie Bell
ANNA MARIE BELL
Assistant United States Attorney
New Mexico Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-mail: anna.bell@usdoj.gov